Rose Colombo, Respondent, *v.* John Hancock Mutual Life Insurance Company, Appellant.

(Argued November 25, 1931; decided January 5, 1932.)

*Roy P. Ohlin* and *Mason O. Damon* for appellant.

*John V. Maloney, Robert J. Summers* and *Charles F. Martina* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed, and complaint dismissed, with costs in all courts, on the ground that the employment of Louis Colombo by the United States Gypsum Company had terminated before his death; no opinion.

Concur: Cardozo, Ch. J., Pound, Lehman, Kellogg, O'Brien and Hubbs, JJ. Not sitting: Crane, J.